

UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

DAVID A. STEBBINS                                                                                    PLAINTIFF

VS                               CASE NO. 1:14CV961

EDUCAP, INC., MORGAN DOUGHTY
NICHOLAS HOOD, RICHARD HOOD                                                          DEFENDANT
HOOD & STACY, P.A.

## MOTION FOR MARSHAL SERVICE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to have the Complaint and Summons in the above-styled action served on the five named Defendants by the United States Marshal Service.

1. Plaintiff is applying for leave to proceed *in forma pauperis* in the above-styled action.
2. If this motion is granted, he has the right to have service of process executed by the United States Marshal, at taxpayer expense.
3. As long as the application for leave to proceed *in forma pauperis* is granted by the Court, Plaintiff has the right to have this motion for marshal service granted. See Fed.R.Civ.P. 4(c)(3).
4. According to the website of the Virginia State Secretary of State, Educap's registered agent for service of process has the following name and address:

   CT Corporation Systems
   4701 Cox Road,
   Suite 285
   Glen Allen, VA 23060

5. The attorneys who represented Educap in the frivolous proceedings can all be served at the following location:

   Hood & Stacy, P.A.
   216 N. Main St,

Bentonville, AR 72712

6. According to the website of the Arkansas State Secretary of State, the Defendant Hood & Stacy, PA's registered agent for service of process is Richard Wood, who just happens to be one of the Defendants in this case. Thus, Hood & Stacy, P.A. can be served with process at the same time Richard Wood is also being served.

Wherefore, premises considered, Plaintiff asks that service of process be carried out by the United States Marshal at no cost to Plaintiff, and any other relief to which he may be entitled.

It is so requested on this, the 14th day of July, 2014.

David Stebbins<br>
123 W. Ridge St.,<br>
APT D<br>
Harrison, AR 72601<br>
870-204-6516<br>
stebbinsd@yahoo.com