FILED
JUL 28 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DAVID A. STEBBINS                                              PLAINTIFF

VS                          CASE NO. 1:14CV961

EDUCAP, INC., MORGAN DOUGHTY
NICHOLAS HOOD, RICHARD HOOD                                    DEFENDANT
HOOD & STACY, P.A.

## MOTION FOR ECF ACCESS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to be allowed to file future documents in this case using this Court's electric case filing system.

1. Plaintiff was initially going to name this motion "Motion for Appointment of Counsel or in the Alternative for ECF Access," but then Plaintiff discovered *Whisenant v. Yuam*, 739 F. 2d 160, 163 (4th Cir. 1984), stating that this appointment is conditional upon two factors that are plainly not present in this case. Since Plaintiff is not an abusive or vexatious filer, he modified his motion to simply be a motion for ECF access, because Plaintiff refuses to ask the Court for relief he plainly knows he is not entitled to.

2. See, unlike the Defendants in this case, Plaintiff does not believe in filing petitions with the Court that he knows are just going to be denied. Unlike the Defendants, Plaintiff is NOT a vexatious or abusive filer.

3. However, since Plaintiff now has no choice but to represent himself in these proceedings, he at least asks that the Court afford him the consolation of being allowed to use the Court's electronic case filing system for future filings in this case. This would save Plaintiff the cost of having to print motions and mail them, and it would be extremely convenient for Plaintiff. It would be a BIG help to Plaintiff.

Wherefore, premises considered, Plaintiff respectfully requests that this motion be granted, and any other relief to which he may be entitled.

So requested on this, the 14th day of July, 2014.

*David Stebbins*

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com