IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DAVID A. STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:14-cv-961 ) |
| EDUCAP, INC., et al., | ) ) |
| Defendants. | ) ) |

**ORDER**

It appearing to the Court that this pro se Plaintiff has filed a Complaint that fails to allege jurisdiction over the named individual Defendants, it is hereby

ORDERED that the case is DISMISSED as to Defendants Morgan Doughty, Nicholas Hood, Richard Hood, and Hood & Stacy, P.A.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 7, 2014