```
               UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                     Alexandria Division
```

DAVID A. STEBBINS,              )
                                )
     Plaintiff,                 )
                                )
          v.                    )   Civil Action No. 1:14cv961
                                )
EDUCAP, INC., et al.,           )
                                )
     Defendants.                )

## ORDER

THIS MATTER came before the Court on plaintiff's Motion for Marshal Service (Dkt. 3) and Motion for ECF Access (Dkt. 4). Upon consideration of the pleadings, it is hereby

ORDERED that plaintiff's Motion for Marshal Service (Dkt. 3) is GRANTED in PART and DENIED in PART, such that the United States Marshals Service is directed to serve defendant EduCap, Inc. only. Plaintiff's request for service as to defendants Morgan Doughty, Nicholas Hood, Richard Hood, and Hood & Stacy, P.A. is denied as they have been dismissed from this action by the Court's Order of August 7, 2014. It is further

ORDERED that plaintiff's Motion for ECF Access (Dkt. 4) is GRANTED in PART and DENIED in PART. Plaintiff may receive notices by ECF, but, as a *pro se* litigant, may not use ECF for

filing pleadings. Plaintiff is directed to complete the appropriate form in the Clerk's Office.

ENTERED this 19th day of August, 2014.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia