```
                  UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                        Alexandria Division


DAVID A. STEBBINS                    )
         Plaintiff,                  )
                                     )
              v.                     )   Civ. No. 1:14cv961
                                     )
EDUCAP, INC.,                        )
         Defendant.                  )
```

ORDER

THIS MATTER came before the Court on plaintiff's Motion to Restrict Oral Arguments and for Leave to Participate in Oral Arguments by Phone and plaintiff's Alternative Motion for Appointment of Counsel.  Upon consideration of the pleadings, it is hereby

ORDERED that plaintiff's Motion to Restrict Oral Arguments and for Leave to Participate in Oral Arguments by Phone is prospective in nature and therefore DENIED. It is further

ORDERED that plaintiff's Alternative Motion for Appointment of Counsel is also DENIED.

Plaintiff is directed to file a notice of waiver of oral argument on his own behalf at the time any motions are filed, if he so chooses.  The Court will determine at that time if it requires oral argument in person or by telephone.

ENTERED this 9th day of September, 2014.

                                                  /s/
                                THERESA CARROLL BUCHANAN
                                UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia