David W. Stebbins
23 W. Ridge St.
APT D
Harrison, AR 72601

2213447598

U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

NORTHWEST AR P&DF
AR 727 2 T
17 SEP 2014 PM