```
               UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                     Alexandria Division


DAVID A. STEBBINS                )
         Plaintiff,              )
                                 )
         v.                      )   Civ. No. 1:14cv961
                                 )
EDUCAP, INC.,                    )
         Defendant.              )
```

ORDER

THIS MATTER came before the Court on Plaintiff's Motion and Incorporated Brief to Compel Service of Process. (Dkt. 12).

Upon review of the case, it appears that service on the registered agent was accomplished on or about September 16, 2014 and that the return of service of process should appear in the Court's docketing system within the next few days.

Therefore, plaintiff's motion is DENIED.


ENTERED this 24th day of September, 2014.



                                        /s/
                              _____
                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia