IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DAVID A. STEBBINS )
)
Plaintiff, )
v. ) Case No. 1:14cv961
)
EDUCAP, INC., *et al.*, )
)
Defendants. )

### [PROPOSED] ORDER

COMES NOW, Defendant, EduCap Inc. (the "EduCap"), by counsel, upon its Motion for an Extension of Time to move, respond, answer or otherwise plead to the Complaint filed by Plaintiff, David A. Stebbins, and for good cause shown, it is hereby

ORDERED, ADJUDGED, AND DECREED that EduCap's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED, AND DECREED that EduCap shall be GRANTED an extension of time through and including October 21, 2014, to move, respond, answer or otherwise plead to the Complaint filed by Plaintiff.

ENTERED this _____ day of October, 2014.

_____
U.S. District Court Judge

Copies to:

David A. Stebbins
123 W. Ridge Street, Apt. D
Harrison, Arkansas 72601
*Pro Se Plaintiff*

D. Margeaux Thomas, Esq.
WILLIAMS MULLEN
8300 Greensboro Drive, Suite 1100
Tysons Corner, Virginia 22102
Telephone: 703.760.5216
Facsimile: 703.748.0244
mathomas@williamsmullen.com
*Counsel for EduCap Inc.*

26548264_1