IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID A. STEBBINS,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )  Case No. 1:14cv961<br>  )<br>EDUCAP, INC., *et al.*,  )<br>  )<br>        Defendants.  ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, EduCap Inc. ("Educap"), by counsel, will appear before this Honorable Court on Friday, October 10, 2014, beginning at 10:00 a.m., or as soon thereafter as it may be heard, to present oral argument on its Motion for Extension of Time.

Dated: October 3, 2014

Respectfully submitted,
EDUCAP INC.

By: _____/s/_____
D. Margeaux Thomas, Esq.
Virginia State Bar No. 75582
WILLIAMS MULLEN, P.C.
8300 Greensboro Drive, Suite 1100
Tysons Corner, Virginia 22102
Telephone: (703) 760-5216
Facsimile:  (703) 748-0244
mathomas@williamsmullen.com
*Counsel for EduCap Inc.*

26568474_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2014, a copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all parties of record who have obtained CM/ECF passwords. Additionally, a copy was mailed via first class mail to:

>David A. Stebbins
>123 W. Ridge Street, Apt. D
>Harrison, Arkansas 72601

>/s/ D. Margeaux Thomas
>D. Margeaux Thomas (VA Bar # 75582)
>WILLIAMS MULLEN
>8300 Greensboro Drive, Suite 1100
>Tysons Corner, Virginia 22102
>Telephone: 703.760.5216
>Facsimile: 703.748.0244
>mathomas@williamsmullen.com
>*Counsel for EduCap Inc.*