UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



FILED
MAILROOM

OCT - 8 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

DAVID A. STEBBINS                                                    PLAINTIFF

VS                            CASE NO. 1:14-cv-00961

EDUCAP, INC.                                                        DEFENDANT

### NOTICE OF WAIVER OF HEARING, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO PARTICIPATE IN HEARING BY PHONE

Comes now, *pro se* Plaintiff David Stebbins, who hereby notifies the Court that he does not feel that an oral argument is necessary for the Defendant's patently frivolous Motion for Extension of Time to File Responsive Pleading.

However, if the Court decides that oral argument is necessary, Plaintiff asks that he be given leave to participate in this hearing by phone, as the Court stated that it may be willing to do so in Dkt. 11, ¶ 4 of this case.

So notified on this, the 6th day of October, 2014.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com