```
                UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      Alexandria Division


DAVID A. STEBBINS                    )
        Plaintiff,                   )
                                     )
          v.                         )    Civ. No. 1:14cv961
                                     )
EDUCAP, INC.,                        )
        Defendant.                   )
```

ORDER

THIS MATTER came before the Court on Defendant's Motion for Extension of Time to File Answer. (Dkt. 14).

Upon consideration of the pleadings, and this request being of the type which is routinely granted, this motion is hereby GRANTED. Defendant shall be granted an extension of time through and including October 21, 2014 to move, respond, answer or otherwise plead to the Complaint filed by Plaintiff.

In addition, this Court has received several phone messages from plaintiff demanding to know why his phone calls were not answered and no order was docketed on October 10th. Plaintiff is hereby reminded that Monday, October 13, 2014 was a federal holiday and all courts were closed. In addition, although this Court moves as expeditiously as possible, this case is far from the only case which this Court handles on a daily basis, and, occasionally orders may take some extra time to be entered. The plaintiff should also be mindful that the Court accepted and

read his untimely opposition to defendant's motion, even though it was received by the Clerk a day after it was due. Plaintiff should be assured that this court will review all of plaintiff's timely and appropriate submissions and will act on them as soon as possible, albeit perhaps not so instantaneously as plaintiff would prefer.

ENTERED this 14th day of October, 2014.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia