UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| DAVID A. STEBBINS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:14cv961 |
| | ) | |
| EDUCAP, INC., | ) | |
| Defendant. | ) | |

ORDER

THIS MATTER came before the Court on Defendant's Motion for Leave to Participate in Hearing by Phone. (Dkt. 18).

As the hearing was cancelled and the motion decided on the pleadings, this motion is hereby DENIED as moot.

ENTERED this 14th day of October, 2014.

_____
/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia