```
                UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      Alexandria Division
```

DAVID A. STEBBINS            )
    Plaintiff,           )
                              )
        v.                   )   Civ. No. 1:14cv961
                              )
EDUCAP, INC.,                )
    Defendant.           )

## ORDER

THIS MATTER came before the Court on Plaintiff's Supplement to Response to (014) Motion for Extension of Time (Dkt. 23). The Court has reviewed this supplemental opposition and the motion to reconsider is hereby DENIED.

ENTERED this 15th day of October, 2014.

                                                          /s/
                                   THERESA CARROLL BUCHANAN
                                   UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia