IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID A. STEBBINS ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:14cv961 |
| ) | |
| EDUCAP, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant EduCap Inc. ("Defendant") in the above-captioned action certifies that the following are parents, trusts, subsidiaries, and/or affiliates of Defendant that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

None.

Dated: October 20, 2014

Respectfully submitted,
EDUCAP INC.

By: /s/
D. Margeaux Thomas, Esq.
Virginia State Bar No. 75582
WILLIAMS MULLEN, P.C.
8300 Greensboro Drive, Suite 1100
Tysons Corner, Virginia 22102
Telephone: (703) 760-5216
Facsimile: (703) 748-0244
mathomas@williamsmullen.com
*Counsel for EduCap Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2014, a copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all parties of record who have obtained CM/ECF passwords. Additionally, a copy was mailed via first class mail to:

>David A. Stebbins
>123 W. Ridge Street, Apt. D
>Harrison, Arkansas 72601

>_____/s/ D. Margeaux Thomas_____
>D. Margeaux Thomas (VA Bar # 75582)
>WILLIAMS MULLEN
>8300 Greensboro Drive, Suite 1100
>Tysons Corner, Virginia 22102
>Telephone:  703.760.5216
>Facsimile:  703.748.0244
>mathomas@williamsmullen.com
>*Counsel for EduCap Inc.*

26649465_1