**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| DAVID A. STEBBINS | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:14cv961 |
| | ) | |
| EDUCAP, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendant, EduCap Inc. ("EduCap" or "Defendant"), by counsel, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, respectfully moves this Court for entry of an Order granting summary judgment in its favor and dismissing the Complaint filed by David A. Stebbins with prejudice. The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities filed contemporaneously herewith.

WHEREFORE, EduCap Inc. respectfully requests that this Court sustain its Motion, grant summary judgment in its favor, and dismiss this action with prejudice.

Dated: October 20, 2014

Respectfully submitted,
EDUCAP INC.

By:  /s/
D. Margeaux Thomas
Virginia State Bar No. 75582
WILLIAMS MULLEN, P.C.
8300 Greensboro Drive, Suite 110
Tysons Corner, Virginia 22102
Telephone: (703) 760-5216
Facsimile: (703) 748-0244
mathomas@williamsmullen.com
*Counsel for EduCap Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2014, a copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all parties of record who have obtained CM/ECF passwords. Additionally, a copy was mailed via first class mail to:

> David A. Stebbins
> 123 W. Ridge Street, Apt. D
> Harrison, Arkansas 72601

> /s/ D. Margeaux Thomas
> D. Margeaux Thomas (VA Bar # 75582)
> WILLIAMS MULLEN
> 8300 Greensboro Drive, Suite 1100
> Tysons Corner, Virginia 22102
> Telephone: 703.760.5216
> Facsimile: 703.748.0244
> mathomas@williamsmullen.com
> *Counsel for EduCap Inc.*