# EXHIBIT 4

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

EduCap, Inc.                                                                                    PLAINTIFF

v.                                        CASE NO:  05CV-14-1-1

DAVID A. STEBBINS                                                           DEFENDANT(S)

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff respectfully moves the Court for a dismissal of its Complaint previously filed herein.

WHEREFORE, Plaintiff respectfully moves the Court for a dismissal of its Complaint previously filed herein without prejudice to re-filing.

Respectfully submitted,
EduCap, Inc.

By:

Morgan S. Doughty      ABA#2010158
Nicholas R. Hood        ABA#2012053
Rickard W. Hood         ABA#81091
HOOD & STACY, P.A.
216 North Main
Bentonville, AR  72712
(479) 273-3377, fax (479) 273-3419

## CERTIFICATE OF MAILING

I, the undersigned attorney, do hereby certify that on the ___ day of May, 2014, I mailed a true and correct copy of the above and foregoing instrument, postage prepaid thereon, to:

DAVID A. STEBBINS
8527 HOPEWELL RD
HARRISON AR 72601
Defendant

Morgan S. Doughty
Nicholas R. Hood
Rickard W. Hood

E13-0016

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS



EduCap, Inc.                                                                              PLAINTIFF

v.                                    CASE NO:  05CV-14-1-1

DAVID A. STEBBINS                                                       DEFENDANT(S)

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

     Plaintiff respectfully moves the Court for a dismissal of its Complaint previously filed herein.

     WHEREFORE, Plaintiff respectfully moves the Court for a dismissal of its Complaint previously filed herein without prejudice to re-filing.

Respectfully submitted,
EduCap, Inc.

*Original Signed By Morgan S. Doughty or*
*Nicholas R. Hood or Rickard W. Hood*

By: _____

Morgan S. Doughty     ABA#2010158
Nicholas R. Hood        ABA#2012053
Rickard W. Hood         ABA #81091
HOOD & STACY, P.A.
216 North Main
Bentonville, AR  72712
(479) 273-3377, fax (479) 273-3419

E13-0016

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

EduCap, Inc.

PLAINTIFF

v.                          CASE NO: 05CV-14-1-1

DAVID A. STEBBINS

DEFENDANT(S)



## <u>MOTION FOR DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff respectfully moves the Court for a dismissal of its Complaint previously filed herein.

WHEREFORE, Plaintiff respectfully moves the Court for a dismissal of its Complaint previously filed herein without prejudice to re-filing.

Respectfully submitted,
EduCap, Inc.

By:  *Original Signed By Morgan S. Doughty or*
     *Nicholas R. Hood or Rickard W. Hood*
     _____
     Morgan S. Doughty     ABA#2010158
     Nicholas R. Hood      ABA#2012053
     Rickard W. Hood       ABA #81091
     HOOD & STACY, P.A.
     216 North Main
     Bentonville, AR  72712
     (479) 273-3377, fax (479) 273-3419

E13-0016