**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| DAVID A. STEBBINS        )<br>                          )<br>        Plaintiff,    )<br>v.                        )   Case No. 1:14cv961<br>                          )<br>EDUCAP, INC., *et al.,*   )<br>                          )<br>        Defendants.   ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant, EduCap Inc.'s ("EduCap" or "Defendant") Motion for Summary Judgment and any opposition thereto and it appearing that there are no genuine disputes as to any material facts and that Defendant is entitled to summary judgment as a matter of law, and for other good cause shown, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED; and it is further

ORDERED that Plaintiff's Complaint is dismissed with prejudice.

ENTERED this _____ day of November, 2014.

_____
U.S. District Court Judge

Copies to:

David A. Stebbins
123 W. Ridge Street, Apt. D
Harrison, Arkansas 72601
*Pro Se Plaintiff*

D. Margeaux Thomas, Esq.
WILLIAMS MULLEN
8300 Greensboro Drive, Suite 1100
Tysons Corner, Virginia 22102
Telephone:  703.760.5216
Facsimile:  703.748.0244
mathomas@williamsmullen.com
*Counsel for EduCap Inc.*

26636348_1