**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| DAVID A. STEBBINS ) | |
|             ) | |
|       Plaintiff, ) | |
| v.          ) | Case No. 1:14cv961 |
|             ) | |
| EDUCAP, INC., *et al.,* ) | |
|             ) | |
|       Defendants. ) | |

**NOTICE TO PLAINTIFF OF DISPOSITIVE MOTION**

Please take Notice that, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) and Local Rule 7(K), Defendant, EduCap Inc. ("EduCap" or "Defendant") provides you with the following warning:

1. You are entitled to file a response opposing Defendant's Motion for Summary Judgment. Any such response must be filed within twenty-one (21) days of the date on which the Motion for Summary Judgment was filed.

2. The Court could dismiss the action on the basis of Defendant's papers if you do not file a response; and

3. You must identify all facts stated by Defendant with which you disagree and must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

4. You are also entitled to file a legal brief in opposition to the one filed by Defendant.

Dated: October 20, 2014

        Respectfully submitted,
        EDUCAP INC.


By:        /s/
        D. Margeaux Thomas
        Virginia State Bar No. 75582
        WILLIAMS MULLEN, P.C.
        8300 Greensboro Drive, Suite 110
        Tysons Corner, Virginia 22102
        Telephone: (703) 760-5216
        Facsimile: (703) 748-0244
        mathomas@williamsmullen.com
        *Counsel for EduCap Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of October, 2014, a copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all parties of record who have obtained CM/ECF passwords. Additionally, a copy was mailed via first class mail to:

            David A. Stebbins
            123 W. Ridge Street, Apt. D
            Harrison, Arkansas 72601

                          /s/ D. Margeaux Thomas
                D. Margeaux Thomas (VA Bar # 75582)
                WILLIAMS MULLEN
                8300 Greensboro Drive, Suite 1100
                Tysons Corner, Virginia 22102
                Telephone:  703.760.5216
                Facsimile:  703.748.0244
                mathomas@williamsmullen.com
                *Counsel for EduCap Inc.*