# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID A. STEBBINS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:14cv961 |
| v. ) | |
| ) | |
| EDUCAP, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF ZABRINA SHEPHERD

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Zabrina Shepherd. I am the Custodian of Records of EduCap Inc. ("EduCap"). My business address is 45610 Woodland Road, Suite 370, Sterling, VA 20166. I am authorized to make this declaration on behalf of EduCap.

2. This declaration is made in support of EduCap Inc.'s Motion for Summary Judgment in the above-captioned action.

3. The facts stated in this Declaration are based upon my review of EduCap's business records and my personal knowledge. If called as a witness, I could, and would, testify competently to each of the facts set forth herein.

4. On or about August 15, 2007, Plaintiff applied for and was approved for a student loan in the amount of $5,000 through the Loan to Learn program. A copy of the Combined Private Education Loan Application and Promissory Note is attached hereto as Exhibit A.

5. On or about August 16, 2007, EduCap distributed the proceeds of the student loan by check number 35467 payable to David A. Stebbins. Plaintiff endorsed the disbursement

check and received the loan proceeds on or about August 21, 2007. A copy of the Loan Check endorsed by Plaintiff is attached hereto as Exhibit B.

6. Plaintiff began making payments on the loan, including but not limited to those made on or about March 7, 2008, and August 7, 2009. A copy of the loan payments are attached hereto as Exhibit C.

7. Plaintiff failed to make all required payments under the Promissory Note, and therefore, is in default hereof. A copy of the Balance Sheet is attached hereto as Exhibit D.

8. As a result of said default, EduCap filed a Complaint in the Circuit Court of Boone County, Arkansas (Case No. 05cv-14-1-1)(the "Collection Action Complaint") seeking to collect the amounts due and owing under the Promissory Note.

9. Based upon my personal knowledge, EduCap was not contacted by any government officer and asked to file the Collection Action Complaint.

10. On or about May 5, 2014, Plaintiff filed a Motion to Dismiss or in the Alternative for Summary Judgment alleging that EduCap failed to properly serve process on the Plaintiff.

11. Upon consideration of the allegations raised in Plantiff's Motion to Dismiss regarding improper service of process, EduCap decided to voluntarily dismiss the Collection Action Complaint without prejudice to re-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2014

By: _____
Zabrina Shepherd
EduCap Inc.

# EXHIBIT A

08/16/2007 08:53 FAX 601 584 9451         CHAPTER 13 TRUSTEE                                    ☒007
08/16/2007  08:25   6015795057             HATTIESBURG CLINIC                                  PAGE  07
                                                                         :479 675 4718          # 3/ 4

30067404  5- 8-07;12:30PM;U OF A COPY CENTRAL

**Combined Private Education Loan Application and Promissory Note**

Send with Attachments to:
Loan Processing Center
P.O. Box 651210
Sterling, VA 20165-1210
OR fax to: 1-800-985-0230
Have Questions? Call: 1-866-732-3961
http://www.loantolearn.com/My-App/AppStatus.aspx

**loan to learn.**
*An Investment In Your Future*

application id: 30067404
product: Education Loan

### A. STUDENT BORROWER

| | | |
|---|---|---|
| name: DAVID A. STEBBINS | date of birth: 12/29/1988 | social security #: REDACTED-4148 |
| permanent address: 155 north McIlroy avenue apt | city: fayetville  state: AR | zip: 727010000 |
| home telephone (permanent): (870) 743-4386 | school telephone (temporary): | |
| are you a U.S. citizen? ☒ yes ☐ no | If no, are you a lawful permanent resident? ☐ yes ☐ no | if yes, please attach a copy of your ins form i-551 or "green card" |
| if both above answers are no, are you an international student? ☐ yes ☐ no | | please attach a copy of your i-20 id, or your i-94, or your f-1 or j-1 visa along with a copy of your passport. |
| e-mail address: dstebbin@uark.edu | | telephone: |
| employer/company name: School Income | | |
| annual employment income: $0.00 | additional annual income *: $0.00 | retirement assets: $0.00   non-retirement assets: $104.00 |
| monthly housing payment: $0.00 | ☐ own  ☐ rent | |
| reference name (relative not living with you): | | telephone: |
| driver's license number: | state issued: | |

*ALIMONY, CHILD SUPPORT OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT WISH TO HAVE IT CONSIDERED AS A BASIS FOR REPAYING THIS LOAN.
you will be a borrower of this loan, should it be approved, on the condition you are a u.s. citizen or a lawful permanent resident and of legal age in your state of residence which is 18 in all states with the following exceptions: alabama and nebraska, 19 years old.

### B. CO-SIGNER #1

NOTICES: By completing the CO-SIGNER #1 information below, the applicants agree that they are applying for joint credit.      REDACTED

| | | |
|---|---|---|
| name: CAROLYN A. WARDINER | date of birth: 3/31/1940 | social security #: -0118 |
| permanent address: 90 Golf Course Rd. | city: Hattiesburg  state: MS | zip: 39402 |
| telephone: (601) 264-8615 | | |
| relationship to student: Aunt / Uncle | | |
| are you a u.s. citizen? ☒ yes ☐ no | If no, are you a lawful permanent resident? ☐ yes ☐ no | if yes, please attach a copy of your ins form i-551 or "green card" |
| employer/company name: | | telephone: |
| annual employment income: $36,000.00 | | |
| additional annual income *: $0.00 | retirement assets: $0.00 | non-retirement assets: $0.00 |
| monthly housing payment: $0.00 | ☒ own  ☐ rent | |
| driver's license number: | state issued: | |

*ALIMONY, CHILD SUPPORT OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT WISH TO HAVE IT CONSIDERED AS A BASIS FOR REPAYING THIS LOAN.

### C. CO-SIGNER #2

NOTICES: By completing the CO-SIGNER #2 information below, the applicants agree that they are applying for joint credit.
CALIFORNIA RESIDNETS: If you are married, you may apply for a separate account.

| | | |
|---|---|---|
| name: | date of birth: | social security #: |
| permanent address: | city:  state: | zip: |
| telephone: | | |
| realtionship to student: | | |
| are you a u.s. citizen? ☐ yes ☐ no | If no, are you a lawful permanent resident? ☐ yes ☐ no | if yes, please attach a copy of your ins form i-551 or "green card" |
| employer/company name: | | telephone: |
| annual employment income: | | |
| additional annual income *: | retirement assets: | non-retirement assets: |
| monthly housing payment: | ☐ own  ☐ rent | |
| driver's license number: | state issued: | |

*ALIMONY, CHILD SUPPORT OR SEPARATE MAINTENANCE INCOME NEED NOT BE REVEALED IF YOU DO NOT WISH TO HAVE IT CONSIDERED AS A BASIS FOR REPAYING THIS LOAN.

<<<RETURN TO LOAN TO LEARN>>>
Page 6 of 14

08/16/2007 08:54 FAX 601 584 9451          CHAPTER 13 TRUSTEE                       ☒008
08/15/2007  08:25    6015795057            HATTIESBURG CLINIC                       PAGE 08

30067404

**Combined Private Education Loan Application and Promissory Note**

Send with Attachments to:
Loan Processing Center
PO Box 651210
Sterling, VA 20165-1210
OR fax to: 1-800-985-0230
Have Questions? Call: 1-866-732-3961
http://www.loantolearn.com/My-App/AppStatus.aspx

**loan to learn.**
An Investment In Your Future

application id: 30067404
product: Education Loan

### a. loan information

estimated loan amount: $5,000.00

loan amount may include current/next period tuition, room and board, and computer expenses.

requested disbursement date (optional): 8/18/2007   Must be no later than 09/15/2007

repayment while in school:
☒ interest only payments
☐ principal and interest payments
☐ principal and interest payments deferred

### c. school information

school name: UNIVERSITY OF ARKANSAS MAIN CAMPUS   school code/branch: 00110800   anticipated graduation date: 5/31/2011
address: ADMINISTRATION BLDG 4;   city: FAYETTEVILLE   state: AR   zip: 72701   country: US
academic year for use of funds:   from:        to:        ☒ undergraduate   ☐ graduate
☒ full-time   ☐ part-time   ☐ half-time        in state? ☒ yes ☐ no

**Notice:** If more than one person signs this Combined Private Education Loan Application and Promissory Note ("Note"), the terms of which are contained in all 4 pages hereof, each of you is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. The holder of this Note may enforce its rights under this Note against each of you individually or against all of you together. This means that any one of you may be required to pay all of the amounts owed under this Note, which may include interest charges, late fees and collection costs. Each of you is subject to the same collection methods, which may include suing you, garnishing your wages or other remedies allowed by law. We may report information about this account to credit bureaus. Late payments, missed payments, or other defaults on this account may be reflected in your credit report.

**Promise to Pay:** For value received, each of the undersigned, jointly and severally, if more than one, promise to pay to Lender the Loan Amount, together with interest in accordance with the terms of this Note and Disclosure Statement that will be provided to me before disbursement of the Loan. Capitalized terms are defined in Section 6 of this Note. I acknowledge that I have read this entire Note and have been provided with a copy of the Note to retain for my records.

**Authorizations:** By signing below, I agree to the terms and conditions contained in this Note including the following: Everything disclosed in the application portion of this Note is true and correct to the best of my knowledge. The proceeds of the Loan made as a result of my application will be used only for educational purposes. I authorize Lender and its agents to check my credit, income, enrollment and employment history and to provide my application and any attachments to Lender's agents, EduCap Inc, and any subsequent holder. I authorize Lender to discuss the status of my application with the school on my behalf. If more than one person signs below, we intend to apply for a joint account.

**Notice to Co-Signer(s):** You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt, you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility. You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay late fees or collection costs, which increase this amount. The creditor can collect this debt from you without first trying to collect from the borrower. The creditor can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become a part of your credit record. This notice is not the contract that makes you liable for the debt.



DAVID A. STEBBINS  /s/ David A. Stebbins    date: 8-15-07

CAROLYN A. HARDYNER  /s/ Carolyn A. Hardyner   date: 8-15-07

Warning: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment.

<<<RETURN TO LOAN TO LEARN>>>
Page 7 of 14

# EXHIBIT B

HSBC Bank USA, N.A. – Image Archive



| Account Number | Date Posted | Ird Ind | Check Number | Amount | Sequence Number | Tran Code |
|---|---|---|---|---|---|---|
| **REDACTED** 9659 | 08/21/2007 | | 0000035467 | 5000.00 | 7878559198 | 000000 |

Item 4 of 30

HSBC Bank USA, N.A. – Image Archive

# EXHIBIT C

IMAGE ITEM REPORT



sequencenumber = 5 subseqno = 9999 processing = 8/7/2009 Amount = 50.00

sequencenumber = 5 subseqno = 9999 processing = 8/7/2009 Amount = 50.00

IMAGE ITEM REPORT

```
DAVID A STEBBINS                                               539
PH. 870-743-4386                                          81-7020/2820
8527 HOPEWELL RD
HARRISON, AR 72601
                                              2-29-08            Date

Pay to the
Order of  Loan to Loan Servicing Center    $ 48.01
          forty-eight dollars + 0/100                   Dollars

FIRST FEDERAL

For  loan payment                    David Stebbins
```

sequencenumber = 114 subseqno = 0 processing = 3/7/2008 Amount = 48.01

sequencenumber = 114 subseqno = 0 processing = 3/7/2008 Amount = 48.01

# EXHIBIT D

## Balance Sheet

| Loan Number: | ₁64 |
|---|---|
| Name: | STEBBINS DAVID A. |
| App ID: | 30067404 |

| Principal: | $ 4,444.28 |
|---|---|
| Interest: | $ 263.89 |
| Late Charges: | $ 40.00 |

| Payoff as of 11/14/2013 : | $ 4,748.17 |
|---|---|

| Court Costs: | $ 0.00 |
|---|---|

| Per Diem Amount | $ 0.88 |
|---|---|

| Loan Open Date: | 08/17/2007 |
|---|---|

### Payment History (Last 6 Payments)

| | |
|---|---|
| 03/08/2013 | $ 35.52 |
| 02/05/2013 | $ 35.52 |
| 01/04/2013 | $ 35.53 |
| 12/07/2012 | $ 35.52 |
| 11/05/2012 | $ 35.52 |
| 10/05/2012 | $ 35.52 |

| Date Last Pmt Reversal: | 03/08/2013 |
|---|---|

### Interest Rate Data

| Base Rate: | 3.25% |
|---|---|
| Discounts: | .00% |
| Variance Rate: | 4.00% |
| Calculated Rate: | 7.25% |

| Current Securitization ID: | L2L 105 |
|---|---|