# EXHIBIT 4

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

EduCap, Inc.      PLAINTIFF

v.      CASE NO: 05CV-14-1-1

DAVID A. STEBBINS      DEFENDANT(S)

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff respectfully moves the Court for a dismissal of its Complaint previously filed herein.

WHEREFORE, Plaintiff respectfully moves the Court for a dismissal of its Complaint previously filed herein without prejudice to re-filing.

Respectfully submitted,
EduCap, Inc.

By: _____
Morgan S. Doughty    ABA#2010158
Nicholas R. Hood    ABA#2012053
Rickard W. Hood    ABA#81091
HOOD & STACY, P.A.
216 North Main
Bentonville, AR 72712
(479) 273-3377, fax (479) 273-3419

### CERTIFICATE OF MAILING

I, the undersigned attorney, do hereby certify that on the 15 day of May, 2014, I mailed a true and correct copy of the above and foregoing instrument, postage prepaid thereon, to:

DAVID A. STEBBINS
8527 HOPEWELL RD
HARRISON AR 72601
Defendant

_____
Morgan S. Doughty
Nicholas R. Hood
Rickard W. Hood

E13-0016

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

EduCap, Inc.

v.   CASE NO: 05CV-14-1-1

DAVID A. STEBBINS



## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff respectfully moves the Court for a dismissal of its Complaint previously filed herein.

WHEREFORE, Plaintiff respectfully moves the Court for a dismissal of its Complaint previously filed herein without prejudice to re-filing.

                                      Respectfully submitted,
                                      EduCap, Inc.

*Original Signed By Morgan S. Doughty or*
By: *Nicholas R. Hood or Rickard W. Hood*

| | |
|---|---|
| Morgan S. Doughty | ABA#2010158 |
| Nicholas R. Hood | ABA#2012053 |
| Rickard W. Hood | ABA #81091 |

HOOD & STACY, P.A.
216 North Main
Bentonville, AR 72712
(479) 273-3377, fax (479) 273-3419

E13-0016