# EXHIBIT 5

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS

EduCap, Inc.                                                                      PLAINTIFF

v.                               CASE NO: 05CV-14-1-1

DAVID A. STEBBINS                                    DEFENDANT(S)

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On this _14th_ day of _May_, 2014, comes on for consideration the Plaintiff, EduCap, Inc., Motion for Dismissal without prejudice. The Court, being fully advised, finds that the Complaint previously filed herein by the above-referenced case should be, and hereby is, dismissed without prejudice to re-filing.

                                                                         _/s/ [signature]_
                                                                        CIRCUIT COURT JUDGE

E13-0016