**UNTED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**DAVID A. STEBBINS**                                                    **PLAINTIFF**

**VS**                                **CASE NO. 1:14-cv-00961**

**EDUCAP, INC.**                                                       **DEFENDANT**

**NOTICE OF WAIVER OF ORAL ARGUMENT AS TO [026] MOTION FOR SUMMARY**
**JUDGMENT AND [032] MOTION AND INCORPORATED BRIEF IN SUPPORT**
**THEREOF FOR SANCTIONS**

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice

that he hereby consents to resolution of the Defendant's Motion for Summary Judgment on the

pleadings alone.

If the Court determines that an oral argument is necessary, Plaintiff asks for leave to

participate in oral argument by telephone. This Court has previously stated that it may, in its

discretion, allow telephone conferences, depending on the circumstances of each particular

motion.

Plaintiff is willing to cooperate with the Court, if the Court is willing to cooperate with

him. All he asks is that his physical inability to appear in a completely different time zone on a

literal monthly basis be given reasonable accommodation.

So notified this 5th day of November, 2014.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com