UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**DAVID A. STEBBINS**                                                                                         **PLAINTIFF**

**VS**                                          **CASE NO. 1:14-cv-00961**

**EDUCAP, INC.**                                                                                                **DEFENDANT**

## NOTICE OF WAIVER OF ORAL ARGUMENT AS TO [026] MOTION FOR SUMMARY JUDGMENT AND [032] MOTION AND INCORPORATED BRIEF IN SUPPORT THEREOF FOR SANCTIONS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice that he hereby consents to resolution of the Defendant's Motion for Summary Judgment on the pleadings alone.

If the Court determines that an oral argument is necessary, Plaintiff asks for leave to participate in oral argument by telephone. This Court has previously stated that it may, in its discretion, allow telephone conferences, depending on the circumstances of each particular motion.

Plaintiff is willing to cooperate with the Court, if the Court is willing to cooperate with him. All he asks is that his physical inability to appear in a completely different time zone on a literal monthly basis be given reasonable accommodation.

So notified this 5th day of November, 2014.

/s/ David Stebbins

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com