UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DAVID A. STEBBINS                                                                    PLAINTIFF

VS                              CASE NO. 1:14-cv-00961

EDUCAP, INC.                                                                         DEFENDANT

### AFFIDAVIT OF RITA STEBBINS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Affidavit in the above-styled action.

1. I am the mother of Plaintiff David A. Stebbins.

2. I reside at the address of 8527 Hopewell Rd., Harrison, AR 72601.

3. The Plaintiff resides at the address of 123 W. Ridge St., APT D, Harrison, AR 72601.

4. I know that my son, when going to college, borrowed some money from a private student loan lender. However, I do not recall him ever borrowing money from anyone by the Defendant's name.

5. The ones he did borrow money from, however, did go into default. However, they did not go into default in March of 2013. They went into default long before that. His cosigner – his aunt – passed away in January of 2009 due to complications of lung cancer due to her 30+ years of smoking. Payments on the loans she co-signed stopped at that point.

6. On March 31, 2014, my home was visited by a man in scrubs, saying that he had a summons and complaint for David A. Stebbins.

7. I told the process service agent that the person he was looking for was not at this house. I offered him step-by-step directions to getting to the Plaintiff's residence, but the process service agent did not want to hear it. Instead, he insisted that I receive service of process on my son's behalf.

8. I proceeded to give the summons and complaint to my son on April 2, 2014, and he

Exh. A

subsequently had me sign and notarize an affidavit concerning the deficient service of process. What he did with that affidavit – file it, burn it, whatever – was his own business.

9. To the extent that this paragraph means anything (I will trust my son to know his own litigation strategies), my signature is written in very, very sloppy handwriting. My cursive is usually rather legible (in the few times I need to write in cursive for reasons other than my signature), but I intentionally make my signature very sloppy, so as to make it more difficult for would-be identity thieves to copy my signature. What significance does this factoid have? I have no clue, but I trust that my son knows what he is doing.

10. For what its worth, I am not being offered any portion of my son's winnings, if he wins this case. I am not offered any career advancement or any material benefit of any kind – whether from my son or any third party – in exchange for this testimony. To the extent possible (considering my biological relationship to him), I am a disinterested witness.

I, Rita Stebbins, do hereby certify, under penalty of perjury, that the above-mentioned statements are, to the best of my knowledge, the truth, the whole truth, and nothing but the truth, so help me God.

_____
Signature

## ACKNOWLEDGEMENT

On this day before the undersigned, a Notary Public, duly qualified and acting in and for the county and state aforesaid personally appeared **RITA FAY STEBBINS**, know to me or satisfactorily proven, whose name appears as AFFIANT in the foregoing instrument, and stated that he/she had executed the same for the uses and purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this __4__ th day of __Nov__, 2014.

NOTARY PUBLIC: _____
My Commission Expires:

__8-21-22__
Seal:

[Notary Seal: STATE OF ARKANSAS, LESLIE C. HUNT, NOTARY PUBLIC, COMM. No. 12388807, My Comm. Expires August 21, 2022, BOONE COUNTY]