IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DAVID STEBBINS, )<br>)<br>            Plaintiff, )<br>V.                          )<br>)<br>EDUCAP, INC.,                )<br>)<br>            Defendant.      )<br>_____) | Civil Action No. 1:14CV961 |

## ORDER

This matter comes before the Court on Defendant Educap, Inc.'s Motion for Summary Judgment. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Defendant's Motion is GRANTED, and this case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December 23, 2014