UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DAVID A. STEBBINS                      PLAINTIFF

VS                  CASE NO. 1:14-cv-00961

EDUCAP, INC.                        DEFENDANT

## NOTICE OF APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice of Appeal.

Plaintiff asserts that the District Court made a patent error of of law when it decided to determine the credibility of Defendants' and Plaintiff's witnesses' testimonies on a motion for summary judgment.

Plaintiff also asserts that he has not been afforded the benefit of full discovery. By the District Court's own admission (pursuant to the citation of Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986)), means that summary judgment was inappropriate.

Therefore, in the event that Plaintiff's simultaneously-filed Motion for Reconsideration is denied, Plaintiff hereby asserts his intention to appeal the judgment.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com