IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-961 |
| | ) |
| EDUCAP, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on Plaintiff's Motion for Reconsideration. The Court being of the opinion that its previous ruling was correct for the reasons stated, it is hereby

ORDERED that Plaintiff's Motion for Reconsideration is DENIED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 14, 2015