FILED MAILROOM
JAN 2 6 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

DAVID A. STEBBINS     PLAINTIFF

VS     CASE NO. 1:14-cv-00961

EDUCAP, INC.     DEFENDANT

### NOTICE OF WAIVER OF ORAL ARGUMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits that he waives his right to orally argue the currently-pending Motion for Reconsideration, as well as the alternative Motion for Leave to Appeal *In Forma Pauperis*.

So notified on this, the 16th day of January, 2015.

/s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

NORTHWEST AR P&DF
AR 727
16 JAN 2015 PM

U.S. District Court
401 Courthouse Sq.
Alexandria, VA 22324

22314885704