FILED: May 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1074
(1:14-cv-00961-CMH-TCB)
_____

DAVID A. STEBBINS

   Plaintiff - Appellant

v.

EDUCAP, INC.

   Defendant - Appellee

 and

MORGAN DOUGHTY; NICHOLAS HOOD; RICHARD HOOD; HOOD & STACY, P.A.

   Defendants

_____

M A N D A T E
_____

The judgment of this court, entered April 28, 2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

<u>/s/Patricia S. Connor, Clerk</u>